IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                          4:92cr4013–WS/CAS

PATRICK HOWELL,                                             4:16cv447–WS/CAS

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 2155) docketed August 15, 2016. The magistrate judge recommends that the defendant's motion to vacate, set aside, or correct sentence (doc. 2153) be dismissed for lack of jurisdiction. The defendant has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 2155) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's § 2255 motion to vacate, set aside, or correct sentence (doc. 2153) is DISMISSED for lack of jurisdiction.

3. A certificate of appealability is DENIED.

4. The clerk shall close Case No. 4:16cv447–WS/CAS.

5. The clerk shall enter judgment stating: "The defendant's § 2255 motion to vacate, set aside or correct sentence is DISMISSED for lack of jurisdiction."

DONE AND ORDERED this  19th  day of  September , 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE